SCWC-15-0000677

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

DOUGLAS S. CHIN, Attorney General of the State of Hawai'i,
Petitioner/Petitioner-Appellee,

vs.

WAILUKU MAIN STREET ASSOCIATION,
INC./TRI-ISLE MAIN STREET RESOURCE CENTER,
Respondent/Respondent-Appellee,

and

THOMAS R. CANNON,
Respondent/Respondent.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000677; S.P. NO. 12-1-0074(3))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Non-party-Appellant J. Kevin Jenkins'

application for writ of certiorari filed on January 30, 2017, is

hereby rejected.

DATED:  Honolulu, Hawai'i, March 7, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

